**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| YULE HOBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-01519 RHH |
| | ) | |
| EULA HOBSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on self-represented Plaintiff Yule Hobson's Application to Proceed in the District Court without Prepaying Fees or Costs. [ECF No. 2].

The Court has reviewed Plaintiff's Application to Proceed as a pauper and found that Plaintiff has failed to answer questions one through eight of the Application, which seeks information regarding his financial status. Without this information, the Court cannot determine Plaintiff's status as an *in forma pauperis* litigant. Therefore, the Court will deny Plaintiff's Application without prejudice at this time. If Plaintiff seeks to continue this lawsuit, he must file a completed Application to Proceed in the District Court without Prepaying Fees and Costs within 10 days of the date of this Order. Alternatively, Plaintiff may pay the full $405 filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in the District Court without Prepaying Fees and Costs [ECF No. 2] is **DENIED without prejudice at this time**.

**IT IS FURTHER ORDERED** that the Clerk shall mail Plaintiff a form Application to Proceed in District Court without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that **within 10 days of the date of this Order**, Plaintiff shall either pay the $405 filing fee or file a completed Application to Proceed in District Court without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice to plaintiff.

Dated this 30th day of September, 2026.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE